Daniel S. Szalkiewicz, Esq.
VERIDIAN LEGAL P.C.
23 West 73rd Street, Suite 102
New York, New York 10023
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>   Plaintiff,<br><br> v.<br><br>RONALD DAVID INGBER and JOHN DOES 1-99,<br><br>   Defendants. | Case No. 25-cv-5478 |

**DECLARATION OF JANE DOE**

I, JANE DOE, being of full age, hereby declare:

1. I am the Plaintiff in the above-captioned case. I submit this Declaration in support of my request to proceed under the pseudonym "Jane Doe[.]"

2. I request the court permit me to bring this case as "Jane Doe" for several reasons.

3. Defendant Ronald David Ingber ("Ingber" or "Defendant") and I once shared an intimate relationship. The years I spent with Ingber and those which followed it were the worst of my life. As explained in the Complaint, Ingber gaslighted and manipulated me in the cruelest of ways, leading me to believe I was being followed by government officials; sending my intimate content to friends, family, and colleagues; giving me a sexually transmitted infection and then forgiving me for it; harassing all those with whom I spoke; and so much more.

1

4.       Over the years, I have filed so many police reports – beginning before I even realized Ingber was behind all of what was happening to me.  I spent countless hours explaining the details and extent of the harassment I have endured.

5.       I have, until this moment, avoided pursuing a civil action or seeking an order of protection against him until now due to a crippling fear that he will retaliate against me.  However, now several years out of the relationship, I have gained perspective and strength which lead me to file this lawsuit.

6.       Every time I tell my story, I feel a tinge of shame about what happened to me.  It is a constant struggle for me to not blame myself for what Ingber did to me and so many others.

7.       I lost so many friends because they simply did not wish to get tangled up with Ingber.  Some of them mentioned to me that they feared he would gain access to their devices as he had gained access to mine.  While the loss was heartbreaking, it only deepens the guilt I feel over those who stuck with me.  My siblings were followed by private investigators; everyone I spoke with or messaged received strange calls and text messages thereafter; some people were bombarded with my naked pictures; and one man I used to date was harassed by Ingber so incessantly and aggressively that he committed suicide.

8.       These allegations are deeply personal.  They involve my medical records, my intimate content, and a moment in my life where I was so sick with stress induced by the lies he had fed me that my family was concerned I had lost my mind.  I do not want these details to follow me for the rest of my life; I do not want them to define me.

9.       Aside from law enforcement and other legal professionals, I have not told many people if any, the full extent of Defendant's conduct towards me.  I feel traumatized and embarrassed by what happened, and it is very hard for me to talk about it.

10. Looking back on it, how did I not recognize that government officials were not harassing me because of an anonymous e-mail he sent accusing them of corruption? How did I not see that everything Ingber was telling me was designed to keep me close to him and fearful of others?

11. I loved and trusted Ingber so much that, despite common sense, my own experiences, and third-party data all supporting the fact that he did this to me, there are still fleeting moments when I do not want to believe it. Why would someone do this to another human being – much less someone they said they loved?

12. Today, years later, I still worry I am being monitored and watched by Ingber. A recent text message I received after leaving my place of work only supports that he or someone else is, in fact, still watching me. I continue to receive sexually infused text messages which refer to me by my name and make reference to nearby towns.

13. I have also experienced additional trauma at the hands of the Defendant that I am willing to speak about *in camera*, but his actions have caused me to have both intensely physical and emotional trauma.

14. I have lost sleep, have experienced serious difficulty remaining present and paying attention at work and in everyday life, and have been made to feel listless and powerless.

15. My attorneys have informed me that courts permit parties to proceed using pseudonyms in situations involving highly sensitive matters and when forcing them to use their true names would be revictimizing. That is exactly what would happen here.

16. I am terrified that bringing a lawsuit publicly will make me and my family a target for future harassment and that Ingber will utilize the public nature of this docket to

pressure me into walking away from this lawsuit. Indeed, if forced to use my true name, I am not sure I would continue.

17. I request that the court allow me to utilize a pseudonym in this action.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 30, 2025

_____/s/ Jane Doe_____<br>Jane Doe

4