Daniel S. Szalkiewicz, Esq.
VERIDIAN LEGAL P.C.
23 West 73rd Street, Suite 102
New York, New York 10023
Attorneys for the Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RONALD DAVID INGBER and JOHN DOES 1-99,<br><br>　　　　Defendants. | Case No. 25-cv-5478<br><br>**[PROPOSED] ORDER** |

This matter having come before the Court on the motion of Plaintiff JANE DOE by her counsel, Veridian Legal P.C., for Leave to Proceed under Pseudonym; and the Court having considered the submissions of the parties and the arguments of counsel, and for good cause shown,

**IT IS** on this _____ day of _____, 2025,

**ORDERED** that Plaintiff's Motion for Leave to Proceed under Pseudonym is **GRANTED**; and it is further

**ORDERED** that any reference to Plaintiff within the docket will be made accordingly to JANE DOE or Plaintiff; and it is further

**ORDERED** that any documents containing references to Jane Doe's actual name are to be redacted accordingly, with unredacted versions filed under seal if necessary.

_____