UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br>          v.<br><br>RONALD DAVID INGBER and JOHN DOES 1-99,<br><br>                    Defendants. | NOTICE OF APPEARANCE<br><br>Docket No.<br>1:25-cv-05478 (PK) |

**PLEASE TAKE NOTICE** that ADAM I. KLEINBERG, a member of the firm GUERCIO & GUERCIO LLP, attorneys for defendant RONALD DAVID INGBER, hereby files this notice for purpose of receiving ECF alerts via email.  This notice is not intended, and should not be construed, as a waiver of any jurisdictional defenses.

Dated:  Farmingdale, New York
            October 7, 2025

                                                                GUERCIO & GUERCIO LLP
                                                                *Attorneys for Defendant*
                                                                *Ronald David Ingber*

                                                        By:  _____
                                                                Adam I. Kleinberg
                                                                77 Conklin Street
                                                                Farmingdale, New York 11735
                                                                (516) 694-3000
                                                                akleinberg@guerciolaw.com

To:    All Counsel of Record (via ECF)