UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br>   v.<br><br>RONALD DAVID INGBER and JOHN DOES 1-99,<br><br>                    Defendants. | NOTICE OF APPEARANCE<br><br>Docket No.<br>1:25-cv-05478 (PK) |

**PLEASE TAKE NOTICE** that CONNOR MULRY, an associate of the firm GUERCIO & GUERCIO LLP, attorneys for defendant RONALD DAVID INGBER, hereby files this notice for purpose of receiving ECF alerts via email.  This notice is not intended, and should not be construed, as a waiver of any jurisdictional defenses.

Dated:  Farmingdale, New York
            October 7, 2025

                                                                    GUERCIO & GUERCIO LLP
                                                                    *Attorneys for Defendant*
                                                                    *Ronald David Ingber*

                                                      By:  _____
                                                                    Connor Mulry
                                                                    77 Conklin Street
                                                                    Farmingdale, New York 11735
                                                                    (516) 694-3000
                                                                    cmulry@guerciolaw.com

To:     All Counsel of Record (via ECF)