UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JANE DOE,

                    Plaintiff,

  -against-

RONALD DAVID INGBER and JOHN DOES 1-99,

                    Defendants.

-------------------------------------------------------------------X

Docket No.: 25-CV-5478 (PK)

**DECLARATION OF ADAM I. KLEINBERG**

ADAM I. KLEINBERG, an attorney duly admitted to practice before this Court, declares:

1. I am a member of the law firm GUERCIO & GUERCIO LLP, attorneys for defendant Ronald Ingber. I am fully familiar with the facts and circumstances surrounding this matter based on my handling of the case.

2. Plaintiff commenced suit on October 1, 2025, and claims to have effectuated service of process on October 6, 2025. (ECF Doc Nos. 1, 8.) Along with plaintiff's complaint is a civil cover sheet. (ECF Doc No. 1, Attachment 1.)

3. On October 14, 2025, in compliance with Your Honor's Individual Practice Rules, specifically Rule VI(A)(2)(a), I emailed plaintiff's counsel to provide two days' notice of our intention to file motions: (i) seeking to change venues; and (ii) to oppose plaintiff's pseudonym motion/ cross-move to: (a) seal the matter and/or (b) for defendant to operate under a pseudonym, in compliance with Your Honor's Individual Practice Rules. (A copy of the email chain is attached as Exhibit A.)

4. On October 15, 2025, plaintiff's counsel emailed in response, thanking me for the email and indicating he would consult with his client and get back to me shortly. I have not received any additional communications. (Exhibit A.)

5.	On the morning of October 16, 2025, I sent a follow up email indicating my availability today to discuss the matter. (Exhibit A.)

6.	As of the time of making this declaration, I have not heard anything further from plaintiff's counsel.

Dated: Farmingdale, New York
       October 20, 2025

                                              **GUERCIO & GUERCIO LLP**
                                              *Attorneys for Defendant*
                                              *Ronald Ingber*

                                              _____
                                        By:   Adam I. Kleinberg

2