UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| JANE DOE, | Docket No.: 25-cv-5478 (PK) |
| Plaintiff, | |
| -against- | **NOTICE OF CROSS-MOTION** |
| RONALD DAVID INBER and JOHN DOES 1-99, | |
| Defendants. | |

------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Adam I. Kleinberg and of defendant, and the Memorandum of Law in Support, and upon all pleadings and proceedings heretofore had herein, defendant RONALD INGBER will move this Court before the Honorable Peggy Kuo at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and time to be determined by the Court, for an Order: (i) in the event that the Court permits plaintiff to proceed under a pseudonym, allowing defendant to proceed under a pseudonym; ii) permitting defendant to submit a declaration under seal; and iii) such other and further relief as this Court deems just, equitable, and proper.

Dated: Farmingdale, New York
   October 20, 2025

                 **GUERCIO & GUERCIO LLP**
                 *Attorneys for Defendant*
                 *Ronald Ingber*

                 _____
            By: Adam I. Kleinberg
              Connor Mulry
              77 Conklin Street

                                                                                 Farmingdale, NY 11735
                                                                                  (516) 694-3000
                                                                                  akleinberg@guerciolaw.com

cc:      All Counsel of Record (via ECF)