# EXHIBIT A

**Megan Zagorski**

| | |
|---|---|
| **From:** | Adam Kleinberg <akleinberg@guerciolaw.com> |
| **Sent:** | Thursday, October 16, 2025 7:24 AM |
| **To:** | Daniel Szalkiewicz |
| **Cc:** | cali@lawdss.com; Connor Mulry |
| **Subject:** | RE: Doe v. Ingber |

Thanks, Daniel.  I am generally available today to discuss if you would like.

Adam


**Adam I. Kleinberg**
Partner
Chair, Litigation Department
akleinberg@guerciolaw.com
Office - 516.694.3000
Cell – 631.626.6745
Guercio & Guercio, LLP
77 Conklin Street, Farmingdale, NY 11735
guerciolaw.com

NOTICE:  The information contained in and documents accompanying this electronic transmission are confidential and/or legally privileged material from firm of Guercio & Guercio, LLP. This email is intended solely for the addressee. If you are not the addressee, dissemination, copying or other use of this emai its content is strictly prohibited and may be unlawful. If you are not the intended recipient, please inform the sender immediately and destroy the email an copies.

**From:** Daniel Szalkiewicz <daniel@veridianlegal.com>
**Sent:** Wednesday, October 15, 2025 8:50 AM
**To:** Adam Kleinberg <akleinberg@guerciolaw.com>
**Cc:** cali@lawdss.com; Connor Mulry <CMulry@guerciolaw.com>
**Subject:** Re: Doe v. Ingber

**EXTERNAL EMAIL.**

Adam,

Thank you for reaching out.  I will consult with my client for her position and get back to your shortly.


Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

Veridian Legal P.C.
23 West 73rd Street, Suite 102

1

New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033

On Tue, Oct 14, 2025 at 5:22 PM Adam Kleinberg <akleinberg@guerciolaw.com> wrote:

> Hi Dan and Cali.
>
> We write pursuant to Section VII(A)(2)(a) of Magistrate Judge Kuo's rules to provide you with two days' notice of our intention to file motions for the following:
>
> 1. to change venue to Central Islip
> 2. to oppose your pseudonym motion/cross-move to seal the matter and/or for defendant to operate under a pseudonym
>
> As per the court rule, if you consent to the motion or seek to discuss, please advise.
>
> Thanks.
>
> Adam
>
> **Adam I. Kleinberg**
> Partner
>
> Chair, Litigation Department
> akleinberg@guerciolaw.com
> Office – 516.694.3000
>
> Cell – 631.626.6745
> Guercio & Guercio, LLP
>
> 77 Conklin Street, Farmingdale, NY 11735
> guerciolaw.com

2

<u>NOTICE</u>:  The information contained in and documents accompanying this electronic transmission are confidential and/or legally privileged material from firm of Guercio & Guercio, LLP. This email is intended solely for the addressee. If you are not the addressee, dissemination, copying or other use of this em its content is strictly prohibited and may be unlawful. If you are not the intended recipient, please inform the sender immediately and destroy the email a copies.

**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Tuesday, October 14, 2025 2:57 PM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 1:25-cv-05478-PK Doe v. Ingber et al Summons Returned Executed

**EXTERNAL EMAIL.**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

**\*\*\*Additional Security Enhancements Coming Soon\*\*\* For information visit PACER website**

https://pacer.uscourts.gov/announcements/2025/06/27/additional-security-enhancements-coming-soon

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Eastern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Szalkiewicz, Daniel on 10/14/2025 at 2:57 PM EDT and filed on 10/14/2025

**Case Name:**           Doe v. Ingber et al

| | |
|---|---|
| **Case Number:** | 1:25-cv-05478-PK |
| **Filer:** | Jane Doe |
| **Document Number:** | 8 |

**Docket Text:**
**SUMMONS Returned Executed by Jane Doe. Ronald David Ingber served on 10/6/2025, answer due 10/27/2025. (Szalkiewicz, Daniel)**


**1:25-cv-05478-PK Notice has been electronically mailed to:**

Adam I. Kleinberg     akleinberg@guerciolaw.com, mzagorski@guerciolaw.com

Connor Mulry     cmulry@guerciolaw.com

Daniel Szalkiewicz     daniel@veridianlegal.com, cali@lawdss.com, lawdss@recap.email

**1:25-cv-05478-PK Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=10/14/2025] [FileNumber=20454453-0
] [5031e7160b1708a850955f7c99f84b7b72e71f56a80ef59780c390e8760d488f876
ed8dbaac8a7b88bcff1e425013deaf1dcb928d5f1ad19e6b82103bad67c4e]]