UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JANE DOE,

                      Plaintiff,

-against-

RONALD DAVID INGBER and JOHN DOES 1-99,

                      Defendants.

-------------------------------------------------------------------X

Docket No.: 25-CV-5478 (PK)

**DECLARATION**

I, RONALD INGBER, affirm the following:

1. I am the sole named defendant in the above-captioned case. I submit this Declaration in further support of my motion to change venue from the Brooklyn division of the Eastern District of New York to its Central Islip division.

2. My practice is almost exclusively focused on plaintiff-side personal injury actions. As such, I do not actively practice in federal court. I have litigated four cases in the Eastern District in my 27 plus years practicing law. All four such cases were removed to federal court by the defendants. Three of these were in the Brooklyn courthouse and one in Central Islip.

3. Plaintiff's "concerns" about trying this matter in Central Islip are baseless. My request to remove the matter is enforced by practical and equitable considerations recognized as legitimate reasons for removal under law. The notion that I have influence on the federal bar is preposterous.

4. Plaintiff's contentions that I have "boasted" about connections to "attorneys, judges and police" on Long Island is patently untrue. It is a ploy to avoid litigating in the more practicable forum. And again, I do not actively litigate in federal court.

1

Document Ref: CKYPE-JF3HI-OVDJS-MFVZ5

5.      I am not familiar with "all of the private investigation agencies" on Long Island. Such a notion belies common sense.

6.      In opposition to this motion, Plaintiff identifies my wife as a potential witness. She resides with me in Suffolk County and lives much closer to Central Islip than Brooklyn. My wife resides, works, and cares for our children on Long Island. If convenience to the witnesses is a paramount concern to the Court, the inconvenience of having my family travel to Brooklyn to defend myself against these incredibly personal and humiliating set of allegations should be taken into consideration.

Dated: Mineola, New York
       November 10, 2025

*Ronald Ingber*
_____
Ronald Ingber

Document Ref: CKYPE-JF3HI-OVDJS-MFVZ5

## CERTIFICATE *of* SIGNATURE

**REF. NUMBER**
CKYPE-JF3HI-OVDJS-MFVZ5

**DOCUMENT COMPLETED BY ALL PARTIES ON**
10 NOV 2025 14:51:13
UTC

**SIGNER**

**RONALD INGBER**

EMAIL
RINGBER@NYLAWNET.COM

**TIMESTAMP**

SENT
10 NOV 2025 14:44:44

VIEWED
10 NOV 2025 14:51:02

SIGNED
10 NOV 2025 14:51:13

**SIGNATURE**

*Ronald Ingber*

IP ADDRESS
198.135.142.179

LOCATION
MINEOLA, UNITED STATES

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
10 NOV 2025 14:51:02

Signed with PandaDoc

PAGE 1 OF 1

