

**Connor Mulry**
*Associate*
77 Conklin Street
Farmingdale, New York 11735
(516) 694-3000
cmulry@guerciolaw.com

February 26, 2026

**Via ECF**
Honorable Anne Shields
Eastern District of New York

                Re:    *Doe v. Ingber et. al.*
                      Docket No. 1:25-cv-5478 (AYS)

Your Honor:

      We represent the named defendant in this matter. We write to request an adjournment of both the submission of our initial joint letter, and the initial conference currently scheduled for Tuesday March 3, 2026.

      On February 2, 2025, the Honorable Joanna Seybert waived our request for a pre-motion conference in anticipation of moving to dismiss the complaint in its entirety, and set forth a briefing schedule for the motion. (ECF Doc No. 15.) We intend to file our moving papers on or before the deadline set for Monday March 2, 2026. Should Judge Seybert rule in our favor, there will be no need to set forth a discovery schedule as the matter will be resolved. Thus, we respectfully request an adjournment of the filing of a joint initial letter, and the initial conference, until Judge Seybert rules on our motion. Plaintiff's counsel consents to our request and notes he will make himself available for a meet and confer prior to the conference should the Court not grant our request.

      Thank you for your consideration of this matter.

                                                      Respectfully submitted,

                                                      GUERCIO & GUERCIO LLP

                                                      CONNOR MULRY

Cc:    All counsel of record (via ECF)