

**Adam I. Kleinberg**
*Partner*
77 Conklin Street
Farmingdale, New York 11735
(516) 694-3000 x236
akleinberg@guerciolaw.com

March 2, 2026

**Via ECF**
Daniel Szalkiewicz
Veridian Legal P.C. NY
23 West 73rd Street - Suite 102
New York, NY 10023

          Re:    *Doe v. Ingber, et al.*
                 Docket No. 1:25-cv-05478(JS)(AYS)

Dear Counsel:

      We represent the defendant Ronald David Ingber ("Defendant") in the above matter. Pursuant to the "bundle rule" of Judge Seybert's Individual Practices, attached please find a courtesy copy of the following documents submitted in connection with Defendant's motion to dismiss:

- Notice of Motion;

- Declaration of Adam I. Kleinberg with exhibits A and B;

- Defendant's Memorandum of Law in Support of His Motion to Dismiss.

Thank you for your consideration of this matter.

                                                   Respectfully submitted,

                                                   GUERCIO & GUERCIO LLP

                                                   Adam I. Kleinberg

Enclosures
cc:    Judge Joanna Seybert (via ECF w/o enclosures)