Daniel S. Szalkiewicz, Esq. (DS2323)
VERIDIAN LEGAL P.C.
23 West 73rd Street, Suite 102
New York, New York 10023
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JANE DOE,

          Plaintiff,

    v.

RONALD DAVID INGBER and JOHN DOES 1-99,

          Defendants.

Case No. Case No.: 25-cv-5478(PK)

1. I am a partner at the law firm of Veridian Legal P.C., attorneys for plaintiff Jane Doe ("Plaintiff") in the above-captioned action. I submit this declaration in support of Plaintiff's motion to dismiss.

2. This action was commenced on October 1, 2025.

3. On Friday, October 3, 2025, I retained ABC Legal to personally serve Defendant, a process serving company we routinely use to serve complaints and other documents.

4. On Monday, October 6, I received an email at 9:51 A.M. informing me that Defendant Ronald Ingber was personally served (Exhibit 1).

5. I received a second email at 11:09 A.M. informing me that the proof of service was signed and uploaded into the portal (Exhibit 2).

6. ABC Legal maintains a portal for their attorneys that provides them with updates of the case. Inside the portal was the signed proof of service that indicated that Mr. Terence Kelly:

1

delivered the documents, SUMMONS; COMPLAINT; MOTION FOR LEAVE; MEMO OF LAW, to Ron Ingber with identity confirmed by subject saying yes when named. The individual accepted service with security camera (documents left, seen by subject). The individual appeared to be a brown-haired white male contact 5'10"-6'0" tall and  weighing over 300 lbs

7.    A copy of the proof of service is annexed hereto as Exhibit 3.

8.    The portal also contained GPS coordinates showing the process server was at Mr. Ingber's house along with two images (Exhibit 4).

9.    Despite multiple filings, and several emails back and forth between counsel, the first time any issues of service were raised was in the defendant's motion to dismiss.

10.    Conversations concerning this case date back to at least May 2025, when I sent defendant a draft copy of the complaint.

11.    While service may have been proper, to avoid all doubts, Plaintiff files this motion to extend the period of time to re-serve defendant Ingber.   Defendant Ingber faces no prejudice as Plaintiff has filed her amended complaint as a matter of right on March 20, 2026.


Dated: March 20, 2026
          New York, New York


By: _____/Daniel S. Szalkiewicz_____
Daniel S. Szalkiewicz

2