Gmail

Daniel Szalkiewicz <daniel@lawdss.com>

---

## Proof(s) Signed for Reference ID Ron CC

1 message

---

**noreply@abclegal.com** <noreply@abclegal.com>                    Mon, Oct 6, 2025 at 11:09 AM
To: daniel@lawdss.com



---

Hello,

The proof(s) of service or non-service for Ron Ingber have been SIGNED.

You can now download the proof(s) from the Documents tab on the Case Details page.

**Title:** Jane Doe v. Ron Ingber; ET AL
**Reference ID:** Ron CC
**Case #:** 25-cv-5478

We appreciate your business.

Thank you,
ABC Legal Team

---

ABC Legal Services, 1099 Stewart St, Suite 700, Seattle, WA 98101
(206) 521-9000 | This is a transactional email.

Manage your **email notifications** from your profile settings.