AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **25-cv-5478**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Ron Ingber**
was recieved by me on  **10/04/2025:**

**X**   I personally served the summons on the individual at **23 Majestic Dr, Dix Hills, NY 11746** on **10/06/2025 at 9:50 AM**; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐    I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 140.00** for services, for a total of **$ 140.00**.

I declare under penalty of perjury that this information is true.

Date:  10/06/2025

_____
*Server's signature*

**Terence Kelly**
*Printed name and title*

**107 Susan Cove**
**East Norwich, NY 11732**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; MOTION FOR LEAVE; MEMO OF LAW,  to Ron Ingber with identity confirmed by subject saying yes when named. The individual accepted service with security camera (documents left, seen by subject). The individual appeared to be a brown-haired white male contact 5'10"-6'0" tall and weighing over 300 lbs.**



Tracking #: **0189449536**

