Case 1:25-cv-05478-JS-AYS    Document 19-6    Filed 03/20/26    Page 1 of 6 PageID #: 291

# Updates & Activity ❓

 

Filter By:  ⦿ All Activity      ◯ Service Events (Only)

**10/6/25**
11:09 AM EDT     ✎

Signed Proof of Service: **Ron Ingber**

**10/6/25**
9:50 AM EDT     ☑

Service Completed: **Ron Ingber** on 10/6/2025 9:50 AM EDT by Personal Service    ⌃
Address: 23 Majestic Dr, Dix Hills, NY 11746-4858

By delivery to Ron Ingber, I delivered the documents to Ron Ingber with identity confirmed by subject saying yes when named. The individual accepted service with security camera (documents left, seen by subject). The individual appeared to be a brown-haired white male contact 5'10"-6'0" tall and weighing over 300 lbs.

Server:  Terence Kelly

[ 📷 (2) ]    [ ◉ ]    GPS Coordinates: 40.831131, -73.341599

Case 1:25-cv-05478-JS-AYS    Document 19-6    Filed 03/20/26    Page 2 of 6 PageID #: 292



## GPS Coordinates

GPS location of service attempt: 40.831131, -73.341599

Close



Case 1:25-cv-05478-JS-AYS    Document 19-6    Filed 03/20/26    Page 4 of 6 PageID #: 294

## Photos



Close



