Case 2:25-cv-05478-JS-PK Document 19-7 Filed 10/07/25 Page 1 of 1 PageID #: 297

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JANE DOE,

                              Plaintiff,

          v.

RONALD DAVID INGBER and JOHN DOES 1-99,

                              Defendants.

**NOTICE OF APPEARANCE**

Docket No.
1:25-cv-05478 (PK)

**PLEASE TAKE NOTICE** that ADAM I. KLEINBERG, a member of the firm GUERCIO

& GUERCIO LLP, attorneys for defendant RONALD DAVID INGBER, hereby files this notice

for purpose of receiving ECF alerts via email.  This notice is not intended, and should not be

construed, as a waiver of any jurisdictional defenses.

Dated:  Farmingdale, New York
          October 7, 2025

GUERCIO & GUERCIO LLP
*Attorneys for Defendant*
*Ronald David Ingber*

By: _____

Adam I. Kleinberg
77 Conklin Street
Farmingdale, New York 11735
(516) 694-3000
akleinberg@guerciolaw.com

To:     All Counsel of Record (via ECF)