Gmail

Daniel Szalkiewicz <daniel@lawdss.com>

**RE: Doe v. Ingber**

1 message

**Adam Kleinberg** <akleinberg@guerciolaw.com>
To: Daniel Szalkiewicz <daniel@veridianlegal.com>
Cc: Cali Madia <cali@veridianlegal.com>

Fri, Oct 3, 2025 at 6:39 PM

Daniel,

It's been a while. I am aware that you filed a lawsuit in this matter. I am authorized to execute a waiver of service. Do you want to send me one, or do you want my office to prepare it? Either works for me.

Thanks.

Adam

**Adam I. Kleinberg**
Partner

Chair, Litigation Department
akleinberg@guerciolaw.com
Office - 516.694.3000

Cell – 631.626.6745
Guercio & Guercio, LLP

77 Conklin Street, Farmingdale, NY 11735
guerciolaw.com

NOTICE:  The information contained in and documents accompanying this electronic transmission are confidential and/or legally privileged material from the law firm of Guercio & Guercio, LLP. This email is intended solely for the addressee. If you are not the addressee, dissemination, copying or other use of this email or any of its content is strictly prohibited and may be unlawful. If you are not the intended recipient, please inform the sender immediately and destroy the email and any copies.

**From:** Daniel Szalkiewicz <daniel@veridianlegal.com>
**Sent:** Friday, May 30, 2025 8:26 AM
**To:** Adam Kleinberg <akleinberg@guerciolaw.com>
**Cc:** Cali Madia <cali@veridianlegal.com>
**Subject:** Re: Doe v. Ingber

**EXTERNAL EMAIL.**

I am free at 2.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

Veridian Legal P.C.
23 West 73rd Street, Suite 102
New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735