

**Adam I. Kleinberg**
*Partner*
77 Conklin Street
Farmingdale, New York 11735
(516) 694-3000 x236
akleinberg@guerciolaw.com

March 30, 2026

**Via ECF**
Honorable Anne Y. Shields
Eastern District of New York

Re:    *Doe v. Ingber et. al.*
Docket No. 1:25-cv-5478 (JS(AYS)

Your Honor:

We write in response to plaintiff's amended complaint and motion to extend the time to serve. (ECF Doc. Nos. 18, 19). We also write in response to the Order issued a few minutes ago on the latter.

I was in contact with plaintiff's counsel this morning on these issues. Plaintiff's counsel agreed to our request for a one-week extension of time to April 10, 2026 to respond to the amended complaint. In sum, we intend to file another pre-motion letter seeking to dismiss on statute of limitations and service grounds. We request this extension due to defense counsel's schedule, and so we may go over the additional issues raised in the amended complaint with our client.

I was waiting to hear back from plaintiff's counsel on the issue of the motion which was directed to Judge Seybert. It was our understanding that under Section III(H) of Judge Seybert's Rules, the motion should have been made before Your Honor, who requires a pre-motion letter under Section X(C) of the individual rules. We had proposed plaintiff withdrawing the motion and filing the required pre-motion letter, and one week thereafter for our response. We intended to file a letter at the end of the day today if we did not hear back from plaintiff's counsel on the issue. We intend to challenge the motion, as we believe the claims are all time-barred.

Thank you for the consideration of this motion.

Respectfully submitted,

GUERCIO & GUERCIO LLP

ADAM I. KLEINBERG

Cc:    All counsel of record (via ECF)

1