

**Adam I. Kleinberg**
*Partner*
77 Conklin Street
Farmingdale, New York 11735
(516) 694-3000 x236
akleinberg@guerciolaw.com

March 31, 2026

**Via ECF**
Honorable Anne Y. Shields
Eastern District of New York

Re:     *Doe v. Ingber et. al.*
        Docket No. 1:25-cv-5478 (JS)(AYS)

Your Honor:

We represent defendant in this matter. We write in response to the Order issued by the Court yesterday, on March 30, 2026, authorizing service of an amended complaint. (ECF Doc No. 19). We respectfully submit this pre-motion letter seeking permission to file a motion seeking to vacate the March 30, 2026 Court Order pursuant to Fed. R. Civ. P.(60)(b)(1) and/or (6).

On March 2, 2026, we served plaintiff's counsel with a motion to dismiss the complaint. (ECF Doc No. 17.) One of the arguments in our motion was that plaintiff failed to properly serve defendant with the summons and complaint. On March 20, 2026, in response to our motion, plaintiff filed an amended complaint and then filed a motion for an extension of time to serve defendant with said document. (ECF Doc. Nos. 18, 19.) I note that I was away from March 25 to 27, 2026 in connection with the Federal Bar Association's Capitol Hill Day in Washington D.C.

The motion for an extension of time to serve the amended complaint was directed to Judge Seybert. (ECF Doc. No. 19.) Defendant maintains that plaintiff's non-dispositive motion was improperly filed because Section III(H) of Judge Seybert's Individual Rules refer such motions to the assigned Magistrate Judge. Your Honor's Individual Practices require a pre-motion letter under Section X(C).

At 7:48 a.m. on Monday, March 31, 2026, I emailed plaintiff's counsel to advise of this situation and to seek an extension of time to respond to the amended complaint. Counsel responded at 7:57 a.m. to consent to the extension as to the pleading, but did not address the issue raised about the motion on the service issue. As such, I emailed him at 7:58 a.m. to thank him for the courtesy extended on the extension and asking for clarification on the motion issue. He did not respond and has not responded to date. It was my intention to give counsel the courtesy of until late afternoon yesterday to respond. Unfortunately, the Court issued the Order at issue at 11:38 a.m.

1

Upon receipt of the Court Order, I immediately filed a letter seeking to explain the situation at 12:01 p.m. (ECF Doc. No. 20). I now file the instant pre-motion letter seeking permission to formally move. Should the Court find that plaintiff need not file a pre-motion letter on the service motion, we request until April 17, 2026 to file opposition papers.

Thank you for your consideration of this matter.

Respectfully submitted,

GUERCIO & GUERCIO LLP

ADAM I. KLEINBERG

Cc:      All counsel of record (via ECF)

2