

**Adam I. Kleinberg**
*Partner*
77 Conklin Street
Farmingdale, New York 11735
(516) 694-3000 x236
akleinberg@guerciolaw.com

April 27, 2026

**Via Email**

Daniel Szalkiewicz, Esq.
Veridian Legal P.C. NY
23 West 73rd Street, Suite 102
New York, NY 10023

Re:  *Doe v. Ingber, et al.*
Docket No. 1:25-cv-05478 (JS)(AYS)

Dear Daniel:

We represent defendants Ronald Ingber and Amy Ingber in the above-referenced matter.

Pursuant to the "bundle rule" in Section III(E)(3) of Judge Seybert's Individual Practices, attached please find the following documents submitted in connection with defendants' motion pursuant to Fed. R. Civ. P. 72(a) and 28 U.S.C. § 636(b)(1)(A) to vacate the March 30, 2026 and April 13, 2026 Court Orders and, alternatively, pursuant to Fed. R. Civ. P. 72(b) and 28 U.S.C. § 636(b)(1)(B) to present objections to the March 30, 2026 and April 13, 2026 Court Orders:

- *Notice of Motion;*
- *Declaration of Adam I. Kleinberg with Exhibits A, B, and C;*
- *Defendants' Memorandum of Law in Support of Their Motion Pursuant to Fed. R. Civ. P. 72(a) and 28 U.S.C. § 636(b)(1)(A) to Vacate the March 30, 2026 and April 13, 2026 Court Orders and, Alternatively, Pursuant to Fed. R. Civ. P. 72(b) and 28 U.S.C. § 636(b)(1)(B) to Present Objections to the March 30, 2026 and April 13, 2026 Court Orders:*

1

Thank you for your consideration of this matter.

Respectfully submitted,

GUERCIO & GUERCIO LLP

Adam I. Kleinberg

Attachments

cc:     Judge Joanna Seybert (via ECF w/o enclosures)