

**Adam I. Kleinberg**
*Partner*
77 Conklin Street
Farmingdale, New York 11735
(516) 694-3000 x236
akleinberg@guerciolaw.com

April 28, 2026

**Via ECF**

Honorable Anne Y. Shields
Eastern District of New York

Re:    *Doe v. Ingber et. al.*
Docket No. 1:25-cv-5478 (JS)(AYS)

Your Honor:

We represent defendant in this matter.

We write on behalf of all parties to request a settlement conference with Your Honor. Based on the procedural posture of the case and pending motions, the parties believe that now would be a good time to see if the Court can guide the parties towards a resolution. The parties propose 5/29, 6/1, 6/3, and 6/26 as potential dates. The parties also ask that the Court stay all motion, response, or other filing deadlines pending such a conference with the Court.

Thank you for your consideration of this matter.

Respectfully submitted,

GUERCIO & GUERCIO LLP

ADAM I. KLEINBERG

Cc:    All counsel of record (via ECF)