

**Adam I. Kleinberg**
*Partner*
77 Conklin Street
Farmingdale, New York 11735
(516) 694-3000 x236
akleinberg@guerciolaw.com

May 26, 2026

**Via ECF**

Hon. Joanna Seybert
U.S. District Court
Eastern District of New York

Re:     *Doe v. Ingber, et al.*
        Docket No. 1:25-cv-05478 (JS)(AYS)

Your Honor:

We represent defendants Ronald Ingber and Amy Ingber in the above-referenced matter.

On April 27, 2026, pursuant to the "bundle rule" in Section III(E)(3) of Your Honor's Individual Practices, we served plaintiff with defendants' motion pursuant to Fed. R. Civ. P. 72(a) and 28 U.S.C. § 636(b)(1)(A) to vacate the March 30, 2026 and April 13, 2026 Court Orders and, alternatively, pursuant to Fed. R. Civ. P. 72(b) and 28 U.S.C. § 636(b)(1)(B) to present objections to the March 30, 2026 and April 13, 2026 Court Orders. (A copy of the related cover letter was filed with the Court as ECF Doc. No. 27.)

To date, no opposition was served. As such, we ask the Court to deem the motion submitted as unopposed and submit the following motion papers served on April 27, 2026:

- *Notice of Motion;*
- *Declaration of Adam I. Kleinberg with Exhibits A, B, and C;*
- *Defendants' Memorandum of Law in Support of Their Motion Pursuant to Fed. R. Civ. P. 72(a) and 28 U.S.C. § 636(b)(1)(A) to Vacate the March 30, 2026 and April 13, 2026 Court Orders and, Alternatively, Pursuant to Fed. R. Civ. P. 72(b) and 28 U.S.C. § 636(b)(1)(B) to Present Objections to the March 30, 2026 and April 13, 2026 Court Orders:*

1

Thank you for your consideration of this matter.

Respectfully submitted,

GUERCIO & GUERCIO LLP

Adam I. Kleinberg

Attachments

cc:      All Counsel of Record (via ECF)