UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

JANE DOE,                                                                    Docket No.: 25-cv-5478
                                                                                        (JS)(AYS)

                                        Plaintiff,

          -against-                                                          **NOTICE OF MOTION**


RONALD  DAVID  INGBER,  AMY  INGBER,  and
JOHN DOES 1-99,


                                        Defendants.

-------------------------------------------------------------------X

      **PLEASE  TAKE  NOTICE**  that,  upon  the  accompanying  Declaration  of  Adam  I.

Kleinberg and attached exhibits; the accompanying *Defendants' Memorandum of Law in Support*

*of Their Motion Pursuant to Fed. R. Civ. P. 72(a) and 28 U.S.C. § 636(b)(1)(A) to Vacate the March*

*30, 2026 and April 13, 2026 Court Orders and, Alternatively, Pursuant to Fed. R. Civ. P. 72(b) and*

*28 U.S.C. § 636(b)(1)(B) to Present Objections to the March 30, 2026 and April 13, 2026 Court*

*Orders*; and upon all prior pleadings and proceedings, defendants Ronald and Amy Ingber will

move this Court before the Honorable Joanna Seybert, at the United States District Court for the

Eastern District of New York, located at 100 Federal Plaza, Courtroom 1030, Central Islip, New

York 11722, on a date and time to be determined by the Court, for an Order pursuant to Fed. R.

Civ. P. 72(a) and 28 U.S.C. § 636(b)(1)(A) to vacate the following Orders: (i) the March 30, 2026

Order granting plaintiff an extension of time to serve a summons and amended complaint, and (ii)

the April 13, 2026 Order denying defendants' motion to vacate and to oppose plaintiff's motion to

extend the service period; or alternatively under Fed. R. Civ. P. 72(b) and 28 U.S.C. § 636(b)(1)(B)

to treat both Orders as reports and recommendations and afford defendants the opportunity for de

1

novo review, together with such other and further relief as this Court deems just, equitable, and

proper.

Dated: Farmingdale, New York
　　　 April 27, 2026

**GUERCIO & GUERCIO LLP**
*Attorneys for Defendants*
*Ronald and Amy Ingber*

By:　Adam I. Kleinberg
　　　Connor Mulry
　　　77 Conklin Street
　　　Farmingdale, NY 11735
　　　(516) 694-3000
　　　akleinberg@guerciolaw.com
　　　cmulry@guerciolaw.com

To:　Daniel Szalkiewicz, Esq. (via email)
　　　Veridian Legal P.C. NY
　　　*Attorneys for Plaintiff*
　　　23 West 73rd Street, Suite 102
　　　New York, NY 10023
　　　daniel@veridianlegal.com