UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

JANE DOE,                                                    Docket No.: 25-CV-5478
                                                                         (JS) (AYS)

                                  Plaintiff,

          -against-                                          **DECLARATION OF
                                                             ADAM I. KLEINBERG**

RONALD DAVID INGBER, AMY INGBER and
JOHN DOES 1-99,


                                  Defendants.

-------------------------------------------------------------------X

ADAM I. KLEINBERG, an attorney duly admitted to practice before this Court, declares the following under penalty of perjury:

1.      I am a member of the law firm GUERCIO & GUERCIO LLP, attorneys for defendants Ronald and Amy Ingber. I am fully familiar with the facts and circumstances surrounding this matter based on my handling of the case.

2.      The following exhibits are relevant to defendants' motion and are complete and accurate copies of what they purport to be.

3.      Attached as Exhibit A is a notice of motion seeking to dismiss plaintiff's complaint served on plaintiff's counsel on March 2, 2026, for which a cover letter was filed with the Court on the same date. Pursuant to the Court's bundle rule, the document was not filed with the Court on that date, just the cover letter

4.      Attached as Exhibit B is a declaration that I prepared and signed in support of the motion seeking to dismiss plaintiff's complaint served on plaintiff's counsel on March 2, 2026, for which a cover letter was filed with the Court on the same date. Pursuant to the Court's bundle rule, the document was not filed with the Court on that date, just the cover letter.

1

5.     My declaration included declarations from defendant Ronald Ingber (as Exhibit A) and his law partner, Jeffrey Siler (as Exhibit B). These declarations attested to the misstatements and deficiencies set forth in plaintiff's proof of service. The declaration from Ingber included the video from the Ring Video doorbell camera on the date and time of the alleged service from the morning of October 6, 2026.

6.     Attached as Exhibit C is defendant's memorandum of law accompanying the motion to dismiss plaintiff's complaint in this action, served on plaintiff's counsel March 2, 2026, for which a cover letter was filed with the Court on the same date. Pursuant to the Court's bundle rule, the document was not filed with the Court on that date, just the cover letter.

Dated: Farmingdale, New York
         April 27, 2026

**GUERCIO & GUERCIO LLP**
*Attorneys for Defendants*
*Ronald and Amy Ingber*

_____

By:     Adam I. Kleinberg

2