# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

JANE DOE,                                                                    Docket No.: 25-cv-5478
                                                                                                  (JS)(AYS)

                                        Plaintiff,

        -against-                                                              **NOTICE OF MOTION**


RONALD DAVID INBER and JOHN DOES 1-99,

                                        Defendants.

-------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Adam I.

Kleinberg and attached exhibits; the accompanying *Memorandum of Law in Support of*

*Defendant's Motion to Dismiss the Complaint*; and upon all pleadings and proceedings heretofore

had herein, defendant Ronald Ingber will move this Court before the Honorable Joanna Seybert at

the United States District Court for the Eastern District of New York, located at 100 Federal Plaza

Federal Plaza, Courtroom 1030, Central Islip, New York 11722, on a date and time to be

determined by the Court, for an Order pursuant to: (i) Fed. R. Civ. P. 12(b)(2),(5), and (6)

dismissing plaintiff's Complaint in its entirety, with prejudice, and (ii) Fed. R. Civ. P. 12(f) to strike

allegations from plaintiff's Complaint, together with such other and further relief as this Court

deems just, equitable, and proper.

1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the directive of the Court, opposition papers shall be served on or before April 2, 2026, and reply papers shall be served on or before April 27, 2026.

Dated: Farmingdale, New York
March 2, 2026

**GUERCIO & GUERCIO LLP**
*Attorneys for Defendant*

By:    Adam I. Kleinberg
Connor Mulry
77 Conlin Street
Farmingdale, NY 11735
(516) 694-3000
akleinberg@guerciolaw.com
cmulry@guerciolaw.com

To:    All Counsel of Record (via ECF)

2