# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JANE DOE,                                          Docket No.: 25-CV-5478
                                                        (JS) (AYS)

                              Plaintiff,

        -against-                                  **DECLARATION OF**
                                                   **ADAM I. KLEINBERG**

  RONALD DAVID INGBER and JOHN DOES 1-99,

                              Defendants.

-------------------------------------------------------------------X

        ADAM I. KLEINBERG, an attorney duly admitted to practice before this Court, declares

the following:

        1.      I am a member of the law firm GUERCIO & GUERCIO LLP, attorneys for

defendant Ronald Ingber. I am fully familiar with the facts and circumstances surrounding this

matter based on my handling of the case.

        2.      The following exhibits are relevant to defendant's motion to dismiss the complaint

and are complete and accurate copies of what they purport to be.

        3.      Attached as Exhibit A is a declaration of defendant Ronald Ingber, with an attached

copy of a video captured through defendant's Ring Video doorbell camera at his residence on the

morning of October 6, 2025.

        4.      Attached as Exhibit B is a declaration from defendant's law partner, Jeffrey B.

Siler, Esq.

Dated:  Farmingdale, New York
        March 2, 2026                              **GUERCIO & GUERCIO LLP**
                                                   *Attorneys for Defendant*
                                                   *Ronald Ingber*

                                                   _____
                                           By:     Adam I. Kleinberg