# EXHIBIT 1

# Ring Video of Purported Service of Complaint

# *To be provided under separate cover*