# VERIDIAN LEGAL

23 West 73rd Street
Suite 102
New York, NY 10023

T: (212) 706-1007
F: (646) 849-0033
www.veridianlegal.com

May 27, 2026

**<u>Via ECF</u>**
Honorable Joanna Seybert
Eastern District of New York

**Re:    *Doe v. Ingber et al.***
**   *United States District Court, Eastern District of New York***
**   *Docket No. 1:25-cv-5478 (JS)(AYS)***

Your Honor,

We represent plaintiff Jane Doe in the above-captioned case.

On April 28, 2026, counsel for Defendant filed a letter request seeking a settlement conference and requesting that "the Court stay all motion, response, or other filing deadlines pending such a conference with the Court." <u>See Dkt. 28</u>. That same day, the Court granted the request and scheduled the conference.

On May 26, 2026, Defendant filed a letter regarding the motion to vacate filed on April 27, 2026, representing that the motion was unopposed. <u>See Dkt. 29.</u>  That is incorrect. Plaintiff did not file opposition papers in reliance on Defendant's April 28, 2026 letter request seeking a stay of all motion and response deadlines pending the settlement conference, as well as the Court's subsequent order granting that request.

Accordingly, should the matter not resolve at the June 3, 2026 conference, Plaintiff respectfully requests that the Court issue a new briefing schedule for the motion.

Respectfully submitted,

VERIDIAN LEGAL P.C.

*/s/ Daniel S. Szalkiewicz*
By: Daniel S. Szalkiewicz, Esq.

Veridian Legal P.C.