

**Adam I. Kleinberg**
*Partner*
77 Conklin Street
Farmingdale, New York 11735
(516) 694-3000 x236
akleinberg@guerciolaw.com

May 28, 2026

**Via ECF**

Hon. Joanna Seybert
U.S. District Court
Eastern District of New York

> Re:      *Doe v. Ingber, et al.*
>         Docket No. 1:25-cv-05478 (JS)(AYS)

Your Honor:

We represent defendants Ronald Ingber and Amy Ingber in the above-referenced matter.

We write in response to plaintiff's letter dated May 27, 2026 (ECF Doc. No. 30) to correct several mischaracterizations of the record concerning the pending motion to vacate (ECF Doc. No. 27) and the related April 28, 2026 Order from the Magistrate Judge, and to respectfully request that the Court deem defendants' motion unopposed.

## I.     The Magistrate Judge Did Not Stay Any Briefing Schedule

Plaintiff represents to the Court that the Magistrate Judge granted defendants' request to stay "all motion and response deadlines pending the settlement conference," and that plaintiff declined to file opposition papers in reliance on that purported stay. (ECF Doc. No. 30 at p. 1.) That representation is incorrect.

By joint letter dated April 28, 2026 (ECF Doc. No. 28), filed on behalf of all parties, the parties requested that Magistrate Judge Shields convene a settlement conference and stay pending deadlines. The Court entered an Order the same day granting the settlement conference which is scheduled for June 3, 2026. With respect to the stay request, however, the Magistrate Judge expressly stated:

> With respect to the parties' request that the Court stay all motion, response or other filing deadlines pending the

1

> outcome of the settlement conference, the Court notes that *there are no pending deadlines or motions being briefed before this Court. Any request to stay motions or deadlines before the District Court must be made to the assigned District Judge.*

(*See* April 28, 2026 Order) (emphasis added). The Magistrate Judge therefore did not stay the motion to vacate. On the contrary, Magistrate Judge Shields made clear that no deadlines were before Her Honor's chambers to stay, and that any such relief was to be sought from Your Honor.

## II.   Plaintiff Never Sought a Stay from This Court

Notwithstanding the Magistrate Judge's express direction that any stay application be made to Your Honor, plaintiff did not move before this Court for a stay at any point in the thirty days between April 28, 2026 and the present. Plaintiff filed no application, no letter motion, and no proposed order. Plaintiff's claimed reliance on a stay that was never issued and never sought is unsupported by the record.

A party cannot decline to file opposition papers on the basis of a stay that does not exist.

Thank you for the consideration of this matter.

Respectfully submitted,

GUERCIO & GUERCIO LLP

Adam I. Kleinberg

cc:   All Counsel of Record (via ECF)