# VERIDIAN
## LEGAL

23 West 73rd Street
Suite 102
New York, NY 10023

T: (212) 706-1007
F: (646) 849-0033
www.veridianlegal.com

June 4, 2026

**Via ECF**
Magistrate Judge Anne Y. Shields
Eastern District of New York

**Re:     *Campos v. Ingber et al.***
**     *United States District Court, Eastern District of New York***
**     *Docket No. 1:25-cv-5478 (JS)(AYS)***

Dear Judge Shields,

We represent Plaintiff in the above-captioned matter.

We appreciated the opportunity to participate in the settlement conference before the Court yesterday.  As the parties were unable to reach a resolution, Plaintiff respectfully requests that the Court schedule an Initial Conference so discovery may commence and the matter may proceed in a timely fashion.

We thank the Court for its consideration.

Respectfully submitted,

VERIDIAN LEGAL P.C.
*/s/ Daniel S. Szalkiewicz*
By: Daniel S. Szalkiewicz, Esq.

Veridian Legal P.C.