**UNITED STATES DISTRICT COURT**　　　　**CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**　　　　**MINUTE ENTRY**

BEFORE: ANNE Y. SHIELDS　　　　　　　　DATE: 6/3/26
U.S. MAGISTRATE JUDGE　　　　　　　　　TIME: 10:30 AM
　　　　　　　　　　　　　　　　　　　　FTR: 10:46-10:48

CASE: **CV 25-5478-JS-AYS-** Doe v. Ingber, et al

TYPE OF CONFERENCE: Settlement

　　　　APPEARANCES:

　　　　Plaintiff: Daniel Szalkiewicz

　　　　Defendant: Adam Kleinberg

**THE FOLLOWING RULINGS WERE MADE:**
Settlement Conference held. Case not settled.