

**Adam I. Kleinberg**
*Partner*
77 Conklin Street
Farmingdale, New York 11735
(516) 694–3000 x236
akleinberg@guerciolaw.com

June 5, 2026

**Via ECF**

Hon. Anne Y. Shields
U.S. District Court
Eastern District of New York

     Re:   *Doe v. Ingber, et al.*
         Docket No. 1:25-cv-05478 (JS)(AYS)

Your Honor:

We represent defendants Ronald Ingber and Amy Ingber in the above-referenced matter.

We write in response to plaintiff's letter dated June 4, 2026 (ECF Doc. No. 34) seeking an initial conference and to start discovery. While plaintiff's counsel may have finally complied with the Court's order and filed a second amended complaint identifying his client by name, the procedural posture of this case has not changed.

Earlier today, defendants filed a letter seeking permission to file a pre-answer motion to dismiss the second amended complaint essentially for the same reasons that were listed in the request to dismiss the first amended complaint. (ECF Doc. No. 36.) We now await a pre-motion conference and/or briefing schedule from the District Judge and ask the Court to stay discovery in a manner consistent with Your Honor's prior Order dated February 27, 2026 staying discovery pending the outcome of the anticipated motion.

Thank you for the consideration of this matter.

        Respectfully submitted,

        GUERCIO & GUERCIO LLP

        Adam I. Kleinberg

cc:  All Counsel of Record (via ECF)