UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CRISTINA CAMPOS,

<div style="margin-left:2em">Plaintiff,</div>

-v-

RONALD DAVID INGBER, AMY INGBER,
and JOHN DOES 1-99

<div style="margin-left:2em">Defendants.</div>

**NOTICE OF APPEARANCE**

Docket No. 1:25-cv-05478-JS-AYS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Plaintiff

Cristina Campos in the above-captioned action and requests copies of all notices and papers filed

in connection with the action be sent to the address stated below.

Dated: New York, New York
       July 8, 2026

VERIDIAN LEGAL P.C.

By: _____
Cali P. Madia
Veridian Legal P.C.
Attorneys for Plaintiff Cristina Campos
23 West 73rd Street, Suite 102
New York, NY 10023
Tel: (212) 706-1007
Cali@VeridianLegal.com

To:    All Counsel of Record (via ECF)

1