UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

CHRISTINA CAMPOS,

Plaintiff,

-against-

RONALD DAVID INGBER, AMY INGBER, and JOHN DOES 1-99,

Defendants.

---------------------------------------------------------------X

Docket No.: 25-CV-5478 (JS) (AYS)

**DECLARATION OF ADAM I. KLEINBERG**

ADAM I. KLEINBERG, an attorney duly admitted to practice before this Court, declares the following:

1. I am a member of the law firm GUERCIO & GUERCIO LLP, attorneys for defendants Ronald Ingber and Amy Ingber. I am fully familiar with the facts and circumstances surrounding this matter based on my handling of the case.

2. The following exhibits are relevant to defendant's opposition to plaintiff's extension request to serve Mr. Ingber, and are complete and accurate copies of what they purport to be.

3. Attached as Exhibit A is a declaration of defendant Ronald Ingber, with an attached copy of a video captured through defendant's Ring Video doorbell camera at his residence on the morning of October 6, 2025.

4. Attached as Exhibit B is a declaration from defendant's law partner, Jeffrey B. Siler, Esq.

5. Attached as Exhibit C is a New York Post article regarding Plaintiff's allegations against Mr. Ingber, dated October 11, 2025.

Dated: Farmingdale, New York
October 22, 2026

**GUERCIO & GUERCIO LLP**
*Attorneys for Defendants*



By: Adam I. Kleinberg