# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JANE DOE,

Plaintiff,

-against-

RONALD DAVID INGBER and JOHN DOES 1-99,

Defendants.

----------------------------------------------------------------X

Docket No.: 25-CV-5478 (JS) (AYS)

**DECLARATION OF JEFFREY B. SILER**

I, JEFFREY B. SILER, an attorney duly admitted to practice before this Court, declares under penalty of perjury that the following is true and correct:

1. I am a partner of the law firm Siler & Ingber, LLP. I submit this declaration in support of my law partner Ron Ingber's motion to dismiss this action.

2. I was admitted to the New York State bar in 1992. Since then, I have remained in good standing and have never faced any disciplinary action.

3. Our firm's office has been located at 301 Mineola Boulevard, Mineola, NY, in Nassau County, since approximately 2008.

4. On the morning of October 6, 2025, both Ron Ingber and I were working in our Mineola office. This includes the time of the alleged service of the complaint in this action at 9:50 a.m. I specifically recall this as I entered Ron's office to speak with him on another matter and heard his remote communication with an alleged process server through his Ring Video doorbell camera.

5. Ron Ingber was not at his home in Dix Hills, in Suffolk County, on October 6, 2025 at 9:50 a.m.

Dated: Mineola, New York
March 2, 2026

DocuSigned by:
JEFF SILER
635ABBD4FEF8417...

Jeffrey B. Siler