# EXHIBIT C

METRO

# 550-pound NY lawyer allegedly stalked mistress, blasted out revenge porn after breakup

By Kathianne Boniello

Published Oct. 11, 2025, 12:15 p.m. ET

194

Today's Video Headlines



NEW YORK POST

LOG IN

US News Metro Long Island Politics World News

RECOMMENDED



Red Cross received remains of 2 more Hamas hostages to b…



Cincinnati woman, 23, shot dead by friend during game of…



Dad ( killin daug

He did this with a heavy heart.

A smelly, morbidly-obese married Long Island lawyer allegedly tormented his much younger lover for years — setting up secret cameras in her apartment, a tracker in her car, and a keystroke recorder on her computer.

Ronald David Ingber allegedly manipulated the Bergen County woman until she was isolated from her family and dependent on him, then blasted out sexual photos and videos of her to friends and family when she tried to leave, she said in a lawsuit.




Ronald Ingber allegedly planted secret cameras in the woman's apartment, a GPS tracker in her car and a keystroke recorder on her computer, she claimed. He denied the allegations.

Ronald Ingber/ Facebook

Having sex with Ingber, 52, was not easy, according to the victim, identified in Brooklyn Federal Court papers only as Jane Doe.




"At more than 550 pounds, Ingber had difficulty cleaning himself, causing [the accuser] to develop painful boils following sexual activity," the 37-year-old said in court papers. "The duty was not an easy or enjoyable one . . . between the smells and rashes."

She also accused the father of two of giving her herpes.




The lawyer allegedly told his mistress that he was in the midst of divorcing his wife, she said in court papers.

Ronald Ingber/ Facebook

Tap Here To Add New York Post As A Trusted Source Add as a preferred source on Google

The pair met online in 2018, with Ingber claiming he was in the midst of divorcing his wife, Jane Doe said.

The attorney allegedly convinced her to leave her job and move into an apartment he rented for her in Nassau County.

“Ingber monitored, manipulated, and controlled every aspect of [her] life,” even bizarrely convincing her they were under criminal investigation in New Jersey — and that he would protect her, according to the lawsuit.




The woman claimed Ingber continues to send her messages.

Ronald Ingber/ Facebook

"Ingber's covert surveillance was extensive and inescapable," she said in legal papers.

When she tried to move out or end the relationship, which dragged on for four years, Ingber would convince her that he was "her only ally," even though "he was actually the one responsible for her misery."

**Start your day with all you need to know**

Morning Report delivers the latest news, videos, photos and more.

Enter your email address

SIGN UP

By clicking above you agree to the **Terms of Use** and **Privacy Policy**.

He hacked her devices, she said. With access to her email, Ingber "or someone acting on [his] behalf began interfering with . . . cell phones, enabling him to view outgoing and incoming phone calls, delete photographs, and access and delete other content."

The woman claims Ingber continues to send her unhinged messages.

194 **What do you think? Post a comment.**

She "is tired of hiding from Ingber and desperately seeks the ability to move through her life freely and without the constant fear that he is tracking her."

The accuser is seeking $150,000 per illicit image sent out by Ingber, along with unspecified damages for invasion of privacy and intentional infliction of emotional distress.

A lawyer for Ingber vehemently denied the allegations.

"Mr. Ingber flatly denies each of these patently false claims and is confident that a full litigation of this matter will expose Ms. Doe, who strategically identified, targeted and aggressively pursued Mr. Ingber," attorney Richard Portale said in a statement.

FILED UNDER LAWSUITS, ONLINE DATING, REVENGE PORN, SEXUALLY TRANSMITTED DISEASES, STALKING, 10/11/25

READ NEXT **Taylor Swift Halloween display dishes out exes' names on t...**

**SPONSORED STORIES**



**New York Legalizes Online Cannabis Purchases**

Mood

**Ex White House Advisor "If This Is True, It Changes…**

Paradigm Press



**Got $20k+ debt? Credit card companies don't want you to…**

Forbes



**Plastic Surgeon: Fighting "Turkey Neck" After 60 Come…**

Beverly Hills MD



**Here Are 29 of the Coolest Gifts for This 2025**

29 Insanely Cool Gadgets You'll Regret Not Getting…

Consumerbags



**Is This Even Legal? This Game's Realism Is That Intense**

Raid: Shadow Legends 2025




**Toyota Prado Makes Every Trip More Enjoyable**

Discover why the Toyota Prado combines comfort, space, an…

Go Find You



**Cardiologist: Strong Arms After 60 Comes Down To…**

Ultra Health Findings



**What Happens When You Own Physical Gold And Silver?**




**Japanese Use This Trick to Reduce Sleep Apnea (It's…**

derila.com

Anyone Considering Investing In Gold Should See This
Goldco



**Neurologists: ½ Cup Each Morning Relieves Neuropat…**
Health Guide



**5 Companies That Send People Money When They're Ask…**
thepennyhoarder.com




**Every American Should Be Using This Retirement…**
If You're Not Using This IRS Loophole, You Should Be
Goldco



**Weak Arms? This Simple Trick Will Make Your Biceps…**
Apex Labs



**This 3-Ingredient Pink Salt Mix Is Being Called the…**
Health Guide



**Escape to Jamaica's stunning shores at Ocean Coral Sprin…**
Ocean Coral Spring, a family-friendly resort in Jamaica,…
Ocean Hotels



## Wednesday: IRS Forgives Millions in Tax Debt Before Oct. 15 Extended Deadline

As the tax extension deadline nears, thousands of Americans are rushing to resolve their tax debts before the IRS imposes hefty penalties.

freshstartinformation.org

**Ex CIA Advisor "If This Is True, It Changes Everything"**

Paradigm Press



**See why gamers over 40 are keeping this game a secret**

RAID: Shadow Legends

**11 Things Changing for Seniors on Social Security in 2025**

Senior Saving




## Prostate Care Redefined: Discover the Molto

Designed by leading Urologists, this clinically…

MV.Health



## Smooth, Potent, Fresh Citrus, Tangie Strain

Mood



## Can You Score 15/20 On This 80s Memory Test?

Can you score 15/20 on these authentic 80s questions that…

Quiz GeniusFun







**When Dogs Eat Sweet Potato, This is What Happens**

The real reason why many dogs live only average of 9…

Badlands Ranch

**Worst Car Insurance Companies for Overcharging (Is…**

ottoinsurance.com

**New York: Gov Will Cover The Cost To Install Solar In The…**

EnergyBillCruncher



**Put a Toilet Paper Roll Under the Toilet Seat at Night if…**

Genius Life Hacks | Lifehack Scout



**ED is Not From Low Testosterone: Meet the Real Enemy of…**

Primal Drive




**Unseen Parasite in U.S. Food Supply Could Be Behind t…**

Health News



**Experts Urge Seniors With Muscle Loss To Take This…**

97% of Seniors Are Deficient In This "Muscle Building" Nutrient

Wellness Headlines



**Kevin Sorbo Begs: Quit Eating This If You Care About Yo…**

nurtureliver.com

**Bear Approaches Girl At Bus Stop In New York - Watch…**

Woman Follows Bear into the Forest After It Unexpectedly…

Happy in Shape

## AROUND THE WEB



**Hollywood Is Stunned Over The Death Of Paul Newman's Daughter**
NYPost.com



**Charlie Kirk's Tragic Murder Takes A Stunning & Ironic Turn**
NYPost.com



**We Can't Look Away From These Horrible Melania Makeup Fails**
Women.com



**The Cast Of Young Sheldon Has Faced More Tragedy Than You Knew**
Looper.com



**Adam Richman's Tragic Private Struggles We Never Knew**
Mashed.com



**Shiloh Jolie-Pitt's Hair Transformation Has Fans Lost For Words**
GLAM.com



**We Don't Know Who Told Gwyneth Paltrow This Outfit Was OK**
**GLAM.com**



**The Unexpected Truth Revealed On Barron Trump's Life**
**NickiSwift.com**

Powered by ZergNet


## Conversation 194 Comments

2 Viewing

Share your stance. Please adhere to our guidelines.

Join the conversation

Sort by **Best**

**T M**
11 October, 2025
Well I read this while sitting down to eat my egg salad sandwich for luch and I just tossed it in the backyard to my dog.
Boils and boiled eggs.
May as well be eating a tuna sandwich with one hand while performing an autopsy (Quincy)
GROSS.
Reply · 86 · Share

**Jack Hoffman**
11 October, 2025
2 boils to go please but im not staying.
Reply · 9 · Share

**DemocratHater**

12 October, 2025

I was going to say that's enough of the internet today.

Reply · 5 · Share

**democrats are liars**

11 October, 2025

Gross, unfortunately I was trying to eat my dinner. Maybe later. uggg

*(Edited)*

Reply · 5 · Share

**Seanile613**

11 October, 2025

With extra mayonnaise! 🤮

Reply · 4 · Share

---

**Robo Ump**

11 October, 2025

Sometimes being curious has some unpleasant consequences. This is most certainly one of those times.

Reply · 63 · Share

**FittyGrandpa**

11 October, 2025

Surely bi-curious

Reply · 2 · Share

---

**Ed Auchincloss**

11 October, 2025

One has to wonder about the mental fitness of the big guy's accuser. Unless he were 350 or more lbs lighter than he is today when they hooked up, why would any balanced, self-respecting woman-even if he were rich as Croesus-give him the slightest notice. Carbuncles are no fun.

*(Edited)*

Reply · 79 · Share

**Dingle Berry**

11 October, 2025

It's amazing what women will do for free rent. It really comes down to that. She prostitutes herself and then complains about her situation. Don't get me wrong, nobody

should be treated like this, but a little backbone and sound decision making can prevent a lot of this

Reply · 67 · Share

**Ed Auchincloss**

11 October, 2025

She may be no prize herself.

Reply · 18 · Share

1 reply

**David Blandino**

11 October, 2025

he was paying her rent and probably other bills

Reply · 10 · Share

**JOHNNIE RANGER**

11 October, 2025

If I hope into the sack with a woman and she smells even remotely nasty, when I'm finished I'd be gone for good.

Reply · 4 · Share

**Dingle Berry**

11 October, 2025

I like how you stick around to finish. Sign of a real man

Reply · 11 · Share

MC **MY2CENTS CENTS**

12 October, 2025

You would finish?? I'd be out the door quickly.

Reply · 2 · Share

1 reply

## LISTEN NOW

BONUS CONTENT: Pod Fo

Oct 15 • NY POSTcast

Save on Spotify

54:47

Show More Comments

Powered by OpenWeb

Listen on Apple Podcasts

Terms | Privacy | Feedback

64 People Reacted

## MORE STORIES

**PAGE SIX**

### What's your reaction to this article?

| Top Notch | So-so | Next! |
|---|---|---|
| 80 | 6 | 151 |



DECIDER



**Keira Knightley Was "Not Aware" of 'Harry Potter' Boycott When She Joined Audiobook Cast for…**

**NYPOST**




Breakthrough in LI cold case as cops arrest alleged killer of 16-year-old girl after 40 years

© 2025 NYP Holdings, Inc. All Rights Reserved | Terms of Use | Subscription Terms | Privacy Notice | Sitemap

Your California Privacy Rights

Powered by WordPress VIP